With the sentence thus reformed, this cause is affirmed.

GALINDO v. STATE.

No. 26981.

Court of Criminal Appeals of Texas.

May 5, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is possessing marijuana; the punishment, 5 years in the penitentiary.

The record on appeal contains neither a statement of facts nor bill of exception. All the proceedings appear regular and nothing is presented for review by this court.

The judgment is affirmed.